UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HISHAM AL SHIBLAWY,

            Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

           Respondent.

Case No. C18-0200-JCC

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation.
2. This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.
3. The Clerk is directed to send copies of this order to the parties and to Judge Donohue.

Dated this 31st day of May 2018.

JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL
C18-0200-JCC
PAGE - 1